IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02462-WYD-PAC

BOBBY L. PADILLA,

     Plaintiff(s),

v.

SAN LUIS CENTRAL RAILROAD COMPANY,

     Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
December 19, 2005

     Having reviewed plaintiff's Motion to have Objection/Comment of the Defendant Ruled upon in Terms of the Preservation Deposition of David Wong, M.D., Doc. #67, filed November 29, 2005, and the response and reply thereto, it is unclear exactly what plaintiff is asking for, but it appears to be a ruling on an exhibit discussed in a deposition in lieu of trial testimony.  That being the case, the magistrate judge does not rule on admissibility of trial exhibits because that is the province of the trial judge.  Accordingly, it is hereby

     **ORDERED** that plaintiff's Motion to have Objection/Comment of the Defendant Ruled upon in Terms of the Preservation Deposition of David Wong, M.D., Doc. #67, filed November 29, 2005, is **denied** without prejudice as premature.