# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 03-CV-02462-WYD-PAC

BOBBY PADILLA,

    Plaintiff,

v.

SAN LUIS CENTRAL RAILROAD COMPANY,

    Defendant.

---

## ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

It is hereby

Doc # 101

**ORDERED** that Defendant's Unopposed Motion To Vacate Settlement conference is granted as follows:

The Settlement Conference with Magistrate Judge Coan set for March 10, 2006 at 3:00 p.m. is vacated because the parties have agreed to engage in private mediation.

Dated: February 14, 2006

By the Court
s/ Patricia A. Coan
PATRICIA A. COAN
MAGISTRATE JUDGE