IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02462-WYD-PAC

BOBBY L. PADILLA,

      Plaintiff(s),

v.

SAN LUIS CENTRAL RAILROAD COMPANY,

      Defendant(s).

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

      IT IS HEREBY **ORDERED** that Defendant's Motion for Leave to Designate Additional Lay Witness dated March 16, 2006 (doc. 108) is denied as moot due to counsels' notification to the Court that this case has settled.

Dated: April 11, 2006