IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-02462-WYD-PAC

BOBBY L. PADILLA,

    Plaintiff,

v.

SAN LUIS CENTRAL RAILROAD COMPANY,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

    THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice filed May 3, 2006.  The Court, having reviewed the Stipulation and being fully advised in the premises,

    ORDERS that this action is **DISMISSED WITH PREJUDICE**, each party to pay his or its own attorney fees and costs.  It is

    FURTHER ORDERED that the five (5) day jury trial set to commence Monday, June 26, 2006, and the Final Trial Preparation Conference set June 8, 2006, are **VACATED**.

    Dated:  May 12, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge